UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROLYN J. BRUNNER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. 13-5910-RJB-KLS<br><br>ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This case comes before the Court on Magistrate Judge Karen L. Strombom's Report and Recommendation (Dkt. 29) in Plaintiff's action for judicial review of Defendant's denial of Social Security benefits. The Court has reviewed the record herein, including the Report and Recommendation (Dkt. 29) and Objections to the Report and Recommendation (Dkt. 30). Plaintiff raises the same issues in her objections to the Report and Recommendation as she does in her opening brief (Dkt. 20) and reply brief (Dkt. 27), which Judge Strombom correctly addressed in her Report and Recommendation (Dkt. 29). Accordingly, the Court should adopt the Report and Recommendation (Dkt. 29).

1   Therefore, the Court does hereby find and **ORDER**:

2   (1)   the Court adopts the Report and Recommendation (Dkt. 29);

3   (2)   the ALJ erred in her decision as described in the Report and Recommendation (Dkt.

4          29); and

5   (3)   the matter is therefore **REVERSED** and remanded to the Commissioner for further

6          administrative proceedings.

7   The Clerk is directed to send uncertified copies of this Order to all counsel of record and

8   to any party appearing *pro se* at said party's last known address.

9   Dated this 16th day of September, 2014.

*[signature]*

ROBERT J. BRYAN
United States District Judge